| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Gottschall, Joan B. | 2. Court or Organization U.S. District Court, NDIL | 3. Date of Report 06/29/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge--senior status | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

219 South Dearborn Street
Room 2356
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Visiting Committee to the Divinity School, University of Chicago |
| 2. | Member, Board of Directors | Martin Marty Center at the University of Chicago Divinity School |
| 3. | Member | Friends of the University of Sussex |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 06/29/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 06/29/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 06/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Wellington Fund | A | Dividend | K | T | | | | | |
| 2. Vanguard Wellesley Fund | A | Dividend | K | T | | | | | |
| 3. Vanguard Index Trust | A | Dividend | L | T | | | | | |
| 4. Vanguard Prime Portfolio | A | Dividend | K | T | | | | | |
| 5. Fed Empl Credit Union Acts | A | Interest | J | T | | | | | |
| 6. IBM c/stock | A | Dividend | K | T | | | | | |
| 7. Intel c/stock | A | Dividend | J | T | | | | | |
| 8. Waste Management c/stock | A | Dividend | J | T | | | | | |
| 9. Vanguard Tax-Managed Growth & Income Fund (Admiral Fund) | A | Dividend | J | T | | | | | *See Part VIII, n. 1 |
| 10. Hewlett-Packard c/stock | A | Dividend | J | T | | | | | |
| 11. CVS Caremark c/stock | A | Dividend | J | T | | | | | |
| 12. Vanguard Capital Opportunity Fund | A | Dividend | J | T | | | | | |
| 13. BlackRock Large Cap Value | A | Dividend | J | T | | | | | |
| 14. BlackRock Value Opportunities | A | Dividend | J | T | | | | | |
| 15. Dodge & Cox Fds Intl Stk Fd | A | Dividend | J | T | | | | | |
| 16. Lancaster Cnty Neb. School Dist 001 Lincoln PS Bond | A | Interest | | | Redeemed | 01/18/11 | J | | |
| 17. Orange City, NC Pub Impt Bond | A | Interest | | | Redeemed | 02/01/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 06/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Spring Branch Tx School Dist. Bond | A | Interest | | | Redeemed | 02/15/11 | J | | |
| 19. Garland TX G/O Bond | A | Interest | | | Redeemed | 02/15/11 | K | | |
| 20. St. Joseph Cnty Hosp Auth Bond | B | Interest | | | Redeemed | 02/15/11 | K | | |
| 21. Calif. G/O Bond | A | Interest | | | Redeemed | 03/01/11 | K | | |
| 22. Monroe Twp NJ Brd Ed/Gloucester Cty G/O Bond | A | Interest | | | Redeemed | 03/01/11 | J | | |
| 23. Seattle WA Mun Lt & Pwr | A | Interest | | | Redeemed | 03/01/11 | J | | |
| 24. Wausau WI School Dist. Bond | A | Interest | | | Redeemed | 03/01/11 | K | | |
| 25. Denton TX Util Sys Bond | A | Interest | | | Redeemed | 06/01/11 | K | | |
| 26. Tipp City Ohio Bond | A | Interest | | | Redeemed | 06/01/11 | K | | |
| 27. Jackson Cty OR School Dist. Bond | A | Interest | | | Redeemed | 06/15/11 | J | | |
| 28. Arizona St. Transprt Brd Hwy Rev Bond | A | Interest | | | Redeemed | 07/01/11 | J | | |
| 29. NJ Ed. Facs Ath Rev. Bond | A | Interest | | | Redeemed | 07/01/11 | K | | |
| 30. Pennsyl. St. Tpk Comm Bond | A | Interest | | | Redeemed | 07/15/11 | J | | |
| 31. Philadelphia PA Gas Wks Bond | A | Interest | | | Redeemed | 08/01/11 | J | | |
| 32. Hopewell Valley NJ Rgl School Dist Bond | B | Interest | | | Redeemed | 08/15/11 | K | | |
| 33. San Antonio TX Indpt Bldg Serv Bond | A | Interest | | | Redeemed | 08/15/11 | K | | |
| 34. San Mateo CA Un High Sch Dist Bond | A | Interest | | | Redeemed | 09/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 06/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Hillsborough Cty FLA Sch Dist Bond | B | Interest | | | Redeemed | 10/03/11 | K | | |
| 36. Tampa FL Sales Tx Rev. Bond | B | Interest | | | Redeemed | 07/01/11 | K | | |
| 37. Virginia College Bldg. Auth Ed Fac Bond | B | Interest | | | Redeemed | 10/03/11 | K | | |
| 38. Jefferson Cty Colo Open Space Sales Tx Bond | B | Interest | | | Redeemed | 11/01/11 | K | | |
| 39. NY NY Ser A G/O Bond | A | Interest | | | Redeemed | 11/01/11 | J | | |
| 40. Ohio St. Wtr Dev Auth Rev Fresh Water Bond | B | Interest | | | Redeemed | 12/01/11 | K | | |
| 41. Polk Cty WI Crp Purp FGIC B/E Util Bnd | B | Interest | | | Redeemed | 12/01/11 | K | | |
| 42. Snohomish Cty WAS Tax G/O Bond | A | Interest | | | Redeemed | 12/01/11 | J | | |
| 43. Balanced Fund Inc. | B | Int./Div. | M | T | | | | | |
| 44. Capital Income Bldr | C | Int./Div. | M | T | | | | | |
| 45. Capital World Growth Inc. Fnd | C | Int./Div. | L | T | | | | | |
| 46. Income Fnd Amer Inc. | C | Int./Div. | M | T | | | | | |
| 47. Bank Deposit Sweep (JP Morgan Chase) | | | | | | | | | * See Part VIII, n. 2 |
| 48. Vanguard Fix. Inc. Sec. Fund | A | Int./Div. | L | T | | | | | |
| 49. Vanguard Wellesley Inc. Fund Investr Cl | B | Int./Div. | K | T | | | | | * See Part VIII, n.3 |
| 50. Vanguard Wellington Fund Investr Cl | A | Int./Div. | K | T | | | | | * See Part VIII, n.3 |
| 51. St. Louis Airpt Rev Bnd | A | Interest | | | Buy | 3/7/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 06/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. St. Louis Airpt Rev Bnd | A | Interest | | | Redeemed | 7/1/11 | K | | |
| 53. Cleve Oh Wtr Rev Bd | | None | K | T | Buy | 10/17/11 | K | | * See Part VIII, n. 7 |
| 54. Mass..Fin.Agy Bd | | None | K | T | Buy | 8/2/11 | K | | |
| 55. Clark-Pleasant Ind Sch Bd | A | Interest | K | T | Buy | 3/10/11 | K | | |
| 56. Harford Cnty Md Bd | | None | K | T | Buy | 7/29/11 | K | | |
| 57. Cal St. G/O Bd | | None | J | T | Buy | 8/24/11 | J | | |
| 58. Edison Twp NJ Bd | | None | K | T | Buy | 9/8/11 | K | | |
| 59. Montgomery Cty Md Bd. Cons Pub Impt Ser A | | None | K | T | Buy | 10/18/11 | K | | |
| 60. Fort Lee NJ Bd | | None | K | T | Buy | 8/26/11 | K | | |
| 61. TxTech Univ 7th Ser. | | None | J | T | Buy | 8/24/11 | J | | |
| 62. NJ Econ Dev Bd | A | Interest | K | T | Buy | 3/8/11 | K | | |
| 63. Ohio St. Com Schs Bd | A | Interest | J | T | Buy | 8/26/11 | J | | |
| 64. Fairfax Cnty Va Wtr Bd | A | Interest | J | T | Buy | 8/25/11 | J | | |
| 65. Louisiana St Ser A Bd | A | Interest | J | T | Buy | 8/4/11 | J | | |
| 66. Portland Me B/E Bd | | None | K | T | Buy | 12/28/11 | K | | |
| 67. University North Tx Bd | A | Interest | J | T | Buy | 8/24/11 | J | | |
| 68. Dowagiac Mi Sch Dist Bd | A | Interest | J | T | Buy | 9/1/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 06/29/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Huntsville Ala Wts Bd | A | Interest | J | T | Buy | 3/15/11 | J | | |
| 70. Ca St Dept Wtr Bd | A | Interest | J | T | Buy | 10/19/11 | J | | |
| 71. Mnt San Antonio Ca Cmnty Cllg Bd | A | Interest | K | T | Buy | 3/14/11 | K | | |
| 72. Tenn St Scho Bd Bd | A | Interest | K | T | Buy | 8/5/11 | K | | |
| 73. Boone Cnty Ky Sch Dist Bd | A | Interest | J | T | Buy | 8/4/11 | J | | |
| 74. New York NY Ser O G/O Bd | A | Interest | K | T | Buy | 02/17/11 | K | | |
| 75. New Hanover Cnty NC Bd | A | Interest | J | T | Buy | 02/17/11 | J | | |
| 76. Anchorage Alaska Ser B Bd | | None | K | T | Buy | 12/27/11 | K | | |
| 77. Norfolk VA Ref Cap Bd | | None | J | T | Buy | 09/01/11 | J | | |
| 78. Tinton Falls NJ G/O Bd | A | Interest | J | T | Buy | 02/17/11 | J | | |
| 79. Hamden CT Prerefunded Ser A G/O Bd | | None | J | T | Buy | 12/28/11 | J | | |
| 80. Hamden CT Unrefunded Balance Ser A G/O Bd | | None | J | T | Buy | 12/28/11 | J | | |
| 81. North Brunswick Twp NJ Bd | A | Interest | K | T | Buy | 03/15/11 | K | | |
| 82. Monmouth Cnty NJ Utl Bd | A | Interest | J | T | Buy | 03/16/11 | J | | |
| 83. Berryessa CA Sch Dist Bd | | None | K | T | Buy | 12/28/11 | K | | |
| 84. Raven Hills Tex Higher Ed Bd | | None | J | T | Buy | 10/18/11 | J | | |
| 85. Avery Tex Ranch Rd Dist Bd | A | Interest | K | T | Buy | 07/14/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 06/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Ector Cnty Tx Indpt S/D Bd | A | Interest | K | T | Buy | 02/17/11 | J | | |
| 87. University Kans Hosp Bd | | None | J | T | Buy | 12/28/11 | J | | |
| 88. Rhode Is St & Prov.Plnts Bd | A | Interest | J | T | Buy | 03/14/11 | J | | |
| 89. Adams & Arapahoe Cntys Bd | A | Interest | J | T | Buy | 10/18/11 | J | | |
| 90. Arlington Cty Va Dev Auth Bd | A | Interest | | | Redeemed | 7/1/11 | J | | See Part VIII, n. 8 |
| 91. Avon Lk Ohio Ref G/O Bd | A | Interest | | | Buy | 03/04/11 | J | | |
| 92. Avon Lk Ohio Ref G/O Bd | A | Interest | | | Redeemed | 12/1/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gottschall, Joan B. | 06/29/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, line 9: The company converted all the shares in this fund to shares in its Admiral Fund. Henceforth, this asset will be identified as "Admiral."

2. This asset, set forth on line 78 of my 2010 Report, was listed in error. All my JP Morgan Chase accounts were closed in 2010 and reported closed in 2010. I purchased no such asset during 2010, contrary to what is stated on line 78 of the 2010 Report.

3. Part VII, lines 49-50. The data reported last year on these funds was incorrect. The Wellesley Fund (FDR 2010, line 80) should have reported income (column B1) as B, not D. The value (columns C1 and D3) should have been reported as K, not M. The Wellington Fund (FDR 2010, line 81) had income (column B1) of A, not B. The value (column C1) was K, not L. I believe that
in determining income and value, I combined the Vanguard funds reported on lines 1 and 2 with "Investr Cl" funds having the same names. This year's report corrects these entries.

4. The purchase price for many bonds includes "accrued interest." In purchasing the bond, I paid for any interest accrued as of the date of purchase as part of the purchase price. When I subsequently received an interest payment, accurate accounting would require the interest accrued as of the date I bought the bond to be subtracted from the interest payment I received. For the sake of clarity, and to make certain that this Report is consistent with my brokerage statements, I did not perform this subtraction. I simply reported the total amount of interest paid.

5. Part VII, line 90: This asset was acquired on 9/23/10 but was accidentally omitted from the 2010 FDR. The income during 2010 was A. The purchase price was category J amd the value method was T.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan B. Gottschall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544